NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CAROL A. TRUFANT,**
*Petitioner,*

**v.**

**DEPARTMENT OF THE AIR FORCE,**
*Respondent.*

---

2013-3168

---

Petition for review of the Merit Systems Protection Board in No. DC0752920492-C-3.

---

**ON MOTION**

---

**O R D E R**

Carol A. Trufant moves to reopen her petition that was dismissed for failure to file her brief. The Department of the Air Force does not oppose. Her brief and reply brief have been filed.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The court's March 18, 2014 order is vacated, the court's mandate is recalled, and the petition is reinstated.

2                                                    TRUFANT v. AIR FORCE

    (2)   Trufant's brief and reply brief are accepted for filing.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s26